IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-132-GCM

| | |
|---|---|
| MICHAEL MEAD, ) | |
|     Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| GASTON COUNTY POLICE DEPT., ) | |
| *et al*, ) | |
|     Defendants ) | |

**THIS MATTER IS BEFORE THE COURT** on the Application for Admission to Practice *Pro Hac Vice* concerning **Matthew Ryan Niemiec**, filed April 6, 2012 [doc.#55].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Niemiec is admitted to appear before this court *pro hac vice* on behalf of plaintiff Michael Mead.

**IT IS SO ORDERED.**

Signed: April 11, 2012

Graham C. Mullen
United States District Judge