IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-00132-GCM

| | |
|---|---|
| **MICHAEL MEAD** | ) |
| | ) |
|                **Plaintiff,** | ) |
| v. | ) |
| | ) |
| **GASTON COUNTY POLICE DEPARTMENT,** | ) |
| **NORTH CAROLINA STATE BUREAU OF** | ) |
| **INVESTIGATIONS, WILLIAM J. FARLEY,** | ) |
| Individually, and in his capacity as the Chief of | ) |
| Police for the Gaston County Police Department, | ) |
| **JAMES W. BUIE,** Individually, and in his | ) |
| capacity as the Assistant Chief of Police for the | ) |
| Gaston County Police Department, **CALVIN** | ) |
| **SHAW,** Individually, and in his capacity as | ) |
| Captain of the Gaston County Police | ) |
| Department, **CHRISTOPHER REYNOLDS,** | ) |
| Individually, and in his capacity as a Sergeant | ) |
| for the Gaston County Police Department, | ) |
| **CHRISTIE L. RHONEY,** Individually, and in | ) |
| her capacity as a Sergeant for the Gaston County | ) |
| Police Department, **REGINALD BLOOM,** | ) |
| Individually, and in his official capacity as a | ) |
| Detective for the Gaston County Police | ) |
| Department, **CHRISTOPHER HASKETT,** | ) |
| Individually, and in his capacity as a Detective | ) |
| for the Gaston County Police Department, | ) |
| **WILLIAM E. HOWELL,** Individually, and in | ) |
| his capacity as a Detective for the Gaston County | ) |
| Police Department, **WILLIAM SAMPSON,** | ) |
| Individually, and in his capacity as a Detective | ) |
| for the Gaston County Police Department, | ) |
| **CHRISTOPHER McAULAY,** Individually, and | ) |
| in his capacity as a Detective for the Gaston | ) |
| County Police Department, **MATTHEW** | ) |
| **HENSLEY,** Individually, and in his capacity as a | ) |
| Detective for the Gaston County Police | ) |

| | |
|---|---|
| Department, J.K. SHAW, Individually, and in his capacity as a Detective for the Gaston County Police Department, WILLIAM GALLOWAY, Individually, and in his capacity as a Detective for the Gaston County Police Department, CLYDE PUTNAM, Individually, and in his capacity as an Employee for the Gaston County Police Department, J.D. COSTNER, Individually, and as an Officer for the Gaston County Police Department, MARK STEWART, Individually, and in his capacity as an Officer for the Gaston County Police Department, RENEE MULLIS, Individually, and in her Capacity as a Investigator / Agency for the North Carolina State Bureau of Investigations, JOHN and JANE DOE, Individually, and in their capacities as employees of Gaston County Police Department and/or the North Carolina State Bureau of Investigations, and DOE BOND COMPANY, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER

This matter comes before the Court on its own Motion and on Stipulation of the parties. The parties enter the following stipulation:

1. This matter has been transferred from the United States District Court for the District of South Carolina on Defendants' motion.

2. Jacob Sussman and S. Luke Largess have entered notice of appearance for the Plaintiff as North Carolina counsel and Matthew Niemiec has been admitted from South Carolina *pro hac vice*. Niemiec filed the action in South Carolina.

3. The Defendants' Answers are due today, April 20, 2012, but parties wish to enter into a Stipulation that extends the time for filing responsive pleadings.

4. Sussman and Largess have requested additional time to review the case files from the investigation and trial of Michael Mead for murder and to consider amending the Complaint prior to Defendants filing responsive pleadings.

5. Plaintiff's counsel will have until **May 11, 2012** to file an Amended Complaint, if they decide to do so.

6. Defendants will have until **June 10, 2012** to file their responsive pleadings regardless of whether Plaintiff files an Amended Complaint.

The parties so stipulate, this 20th day of April, 2012.

IT IS SO ORDERED.

Signed: April 24, 2012

Graham C. Mullen
United States District Judge