IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-00132-GCM

| | |
|---|---|
| MICHAEL MEAD | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| GASTON COUNTY POLICE DEPARTMENT, | ) |
| NORTH CAROLINA STATE BUREAU OF | ) |
| INVESTIGATIONS, WILLIAM J. FARLEY, | ) |
| Individually, and in his capacity as the Chief of | ) |
| Police for the Gaston County Police Department, | ) |
| JAMES W. BUIE, Individually, and in his | ) |
| capacity as the Assistant Chief of Police for the | ) |
| Gaston County Police Department, CALVIN | ) |
| SHAW, Individually, and in his capacity as | ) |
| Captain of the Gaston County Police | ) |
| Department, CHRISTOPHER REYNOLDS, | ) |
| Individually, and in his capacity as a Sergeant | ) |
| for the Gaston County Police Department, | ) |
| CHRISTIE L. RHONEY, Individually, and in | ) |
| her capacity as a Sergeant for the Gaston County | ) |
| Police Department, REGINALD BLOOM, | ) |
| Individually, and in his official capacity as a | ) |
| Detective for the Gaston County Police | ) |
| Department, CHRISTOPHER HASKETT, | ) |
| Individually, and in his capacity as a Detective | ) |
| for the Gaston County Police Department, | ) |
| WILLIAM E. HOWELL, Individually, and in | ) |
| his capacity as a Detective for the Gaston County | ) |
| Police Department, WILLIAM SAMPSON, | ) |
| Individually, and in his capacity as a Detective | ) |
| for the Gaston County Police Department, | ) |
| CHRISTOPHER McAULAY, Individually, and | ) |
| in his capacity as a Detective for the Gaston | ) |
| County Police Department, MATTHEW | ) |
| HENSLEY, Individually, and in his capacity as a | ) |
| Detective for the Gaston County Police | ) |

**Department, J.K. SHAW, Individually, and in** )
**his capacity as a Detective for the Gaston County** )
**Police Department, WILLIAM GALLOWAY,** )
**Individually, and in his capacity as a Detective** )
**for the Gaston County Police Department,** )
**CLYDE PUTNAM, Individually, and in his** )
**capacity as an Employee for the Gaston County** )
**Police Department, J.D. COSTNER,** )
**Individually, and as an Officer for the Gaston** )
**County Police Department, MARK STEWART,** )
**Individually, and in his capacity as an Officer** )
**for the Gaston County Police Department,** )
**RENEE MULLIS, Individually, and in her** )
**Capacity as a Investigator / Agency for the** )
**North Carolina State Bureau of Investigations,** )
**JOHN and JANE DOE, Individually, and** )
**in their capacities as employees of Gaston** )
**County Police Department and/or the North** )
**Carolina State Bureau of Investigations, and** )
**DOE BOND COMPANY,** )
                                     )
              **Defendants.** )
                                     )

## STIPULATION AND ORDER

This matter comes before the Court on its own Motion and on Stipulation of the parties. The parties enter the following stipulation:

1. On April 24, 2012, the Court approved a stipulation of the parties that Plaintiff's Amended complaint would be due by May 11, 2012, and the Defendants' Answers would be due by June 10, 2012. [Doc. 57]

2. On May 10, 2012, the parties agreed to a further extension of time for Plaintiff to file his Amended Complaint, as well as for Defendants to file their respective Answers or other responsive pleadings.

3. The parties have agreed that Plaintiff should have until **May 18, 2012,** to file his Amended Complaint, and Defendants should have until **July 17, 2012,** to file their Answers or other responsive pleadings.

4. The Parties have further agreed that Defendants will have until July 17, 2012 to file their responsive pleadings regardless of whether Plaintiff files an Amended Complaint.

The parties so stipulate, this 20th day of April, 2012.

IT IS SO ORDERED.

Signed: May 15, 2012

Graham C. Mullen
United States District Judge