IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12 CV 132

MICHAEL MEAD,            )
                         )
        Plaintiff,       )
                         )
v.                       )           **ORDER**
                         )     **SEALING A DOCUMENT**
GASTON COUNTY, REGINALD BLOOM, )
individually and officially, WILLILAM H. )
SAMPSON, individually and officially, and )
CALVIN SHAW, individually and officially ,)
                         )
        Defendants.      )
                         )

Defendants' Motion to Seal the Autopsy Report of Decedent Lucy Dye Johnson is granted.

Defendants' may file the Autopsy Report of Decedent Lucy Dye Johnson as a sealed document.

Signed: July 18, 2012

Graham C. Mullen
United States District Judge