IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12 CV 132

| | |
|---|---|
| MICHAEL MEAD, <br><br> Plaintiff, <br><br> v. <br><br> GASTON COUNTY, REGINALD BLOOM, individually and officially, WILLILAM H. SAMPSON, individually and officially, and CALVIN SHAW, individually and officially <br><br> Defendants. | **ORDER** <br> **SEALING A DOCUMENT** |

Defendants' Motion to Seal the Autopsy Report of Decedent Lucy Dye Johnson is granted.

Defendants' may file the Autopsy Report of Decedent Lucy Dye Johnson as a sealed document.

Signed: July 18, 2012

Graham C. Mullen
United States District Judge