# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-CV-132-GCM

| | |
|---|---|
| **MICHAEL MEAD**<br><br>        Plaintiff,<br><br>  v.<br><br>**GASTON COUNTY,**<br>**REGINALD BLOOM,** individually and officially, **WILLIAM M. SAMPSON,** individually and officially, and **CALVIN SHAW,** individually and officially,<br><br>        Defendants. | **ORDER** |

THIS MATTER IS BEFORE THE COURT UPON THE CONSENT MOTION FOR AN ORDER CONCERNING GRAND JURY PROCEEDINGS. Plaintiff moves, with the Defendants' consent, for an order authorizing persons privy to grand jury proceedings in the underlying criminal prosecution of Plaintiff and death of Lucy Johnson to disclose information and/or matters occurring before the grand jury. Although grand jury proceedings in North Carolina are secretive, N.C.G.S. § 15A-623(e), grand jury materials and information may be divulged in limited circumstances. Permitting those persons privy to the grand jury proceedings concerning Plaintiff and the death of Lucy Johnson to provide information concerning those proceedings to the parties in the instant action is justified here. Moreover, the relief sought—permission to depose those persons privy to the grand jury proceedings without the risk to those persons that they might face contempt charges under N.C.G.S. § 15A-623(g)—is sufficiently limited and structured to cover only material so needed.

Therefore, it appearing that the following Order has been consented to by both parties:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Those privy to the grand jury proceedings concerning Michael Mead and the death of Lucy Johnson, including the foreperson, other members of the grand jury, any recorder or record keeper of the proceedings, Officer Reynolds of the Gaston County Police Department, and others who may have been present, shall be authorized and permitted to disclose information and/or matters occurring before the grand jury to counsel for Plaintiff and Defendants without the risk of contempt or other sanction. This authorization and permission is limited to the grand jury proceedings in this particular matter.

IT IS SO ORDERED.

Signed: September 12, 2013

Graham C. Mullen
United States District Judge

| CONSENTED TO: | CONSENTED TO: |
|---|---|
| /s/ S. Luke Largess<br>N.C. Bar 17486<br>/s/ Jacob H. Sussman<br>N.C. Bar 31821<br>TIN FULTON WALKER & OWEN<br>301 East Park Avenue<br>Charlotte, NC 28203<br>704-338-1220 (tel)<br>704-338-1312 (fax)<br>llargess@tinfulton.com<br>jsussman@tinfulton.com<br><br>/s/ Matthew R. Niemiec<br>*Admitted Pro Hac Vice*<br>HALFORD, NIEMIEC & FREEMAN<br>238 Rockmont Drive<br>Fort Mill, SC 29708<br>803-547-6618 (tel)<br>803-547-6638 (fax)<br>matt@fortmilllaw.com<br><br>*Attorneys for Plaintiff* | /s/ Martha Raymond Thompson<br>N.C. Bar 16020<br>STOTT, HOLLOWELL, PALMER & WINDHAM<br>P.O. Box 995 / 401 East Franklin Blvd.<br>Gastonia, NC 28053-0995<br>704-864-3425 (tel)<br>704-864-0478 (fax)<br>mthompson@shpw.com<br><br>*Attorney for Defendants* |