IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-132

| | |
|---|---|
| MICHAEL MEAD, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| REGINALD BLOOM, individually and officially, WILLIAM H. SAMPSON, individually and officially, and CALIVIN SHAW, individually and officially, | ) |
| Defendants. | ) |

This matter is before the Court upon the Defendants' Motion to Stay Discovery (Doc. No. 88) and Plaintiff's Response (Doc. No. 89). On November 1, 2013, the Court ruled on Defendants' Motion for Judgment on the Pleadings. Thus, Defendants' Motion to Stay the discovery and pre-trial deadlines until a ruling on Defendants' Motion for Judgment on the Pleadings is moot. The parties may consult with each other and the Court and move for new discovery deadlines as needed.

**SO ORDERED.**

Signed: November 6, 2013

Graham C. Mullen
United States District Judge

1