# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12-CV-132

| | | |
|---|---|---|
| MICHAEL MEAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REGINALD BLOOM, individually and | ) | |
| officially, WILLIAM H. SAMPSON, | ) | |
| individually and officially, and CALIVIN | ) | |
| SHAW, individually and officially, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Movant William Setzer's Motion to Withdraw (Doc. No. 104). Movant seeks to withdraw his previously filed motions to quash (Doc. Nos. 96 & 97) without prejudice. In support, he shows that the subpoena with which the motions are concerned has been withdrawn. For good cause shown, his Motion is **GRANTED**. Movant's motions to quash (Doc. Nos. 96 & 97) are **TERMINATED** as moot. Movant is free to re-file these motions later should the need arise.

**SO ORDERED.**

Signed: August 12, 2014

Graham C. Mullen
United States District Judge