# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-CV-132

| | |
|---|---|
| MICHAEL MEAD, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) **ORDER** |
| GASTON COUNTY, REGINALD BLOOM, individually and officially, WILLIAM M. SAMPSON, individually and officially, and CALVIN SHAW, individually and officially, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on motions to quash filed by non-parties Eddie Meeks (Doc. No. 109) and William Setzer (Doc. No. 110). The motions seek to quash subpoenas served by Defendants in this case directing Meeks and Setzer to appear for depositions. Meeks and Setzer object to the subpoenas and seek quashal on the basis that (1) there is no description of the information sought in the subpoena; (2) the information sought may be protected by either the work product doctrine, the Fifth Amendment privilege, or both; (3) there is another prosecutor who is willing to testify; and (4) the subpoenas constitute a "fishing expedition."

The Court has carefully reviewed the motions and, for the reasons stated in the Plaintiff and Defendants' respective responses in opposition (Doc. Nos. 112 & 122), finds that they are without merit. The Court notes especially that the subpoenas do not seek the production of documents, which would appear to resolve the primary objections of the motions. Also, Meeks and Setzer are free to assert these objections at the depositions if they wish.

**IT IS THEREFORE ORDERED** that the motions to quash (Doc. Nos. 109 & 110) are **DENIED**.

**SO ORDERED.**

Signed: March 24, 2015

Graham C. Mullen
United States District Judge