**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-132**

| | |
|---|---|
| MICHAEL MEAD, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>　　　　　　　　　　　　　　　　)<br>GASTON COUNTY, REGINALD )<br>BLOOM, individually and officially, )<br>WILLIAM M. SAMPSON, individually )<br>and officially, and CALVIN SHAW, )<br>individually and officially, )<br>)<br>　　　　Defendants. )<br>　　　　　　　　　　　　　　　　) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion to Compel Production of Unredacted Discovery (Doc. No. 135) and Defendant Gaston County's Response in Opposition (Doc. No. 136). Plaintiff seeks the production of unredacted copies of files relating to complaints made against Defendants Shaw, Bloom, and Sampson in their respective capacities as law enforcement officers with the Gaston County Police Department. Plaintiff shows that those files have been produced to him, but that they are "heavily redacted." (Doc. No. 135 at 3). Notably, "[t]he redacted information appears to include, but is not necessarily limited to, names of complaintants and witnesses; addresses and locations of events; and case numbers of state court documents that were publically filed." (*Id.*)

Defendant Gaston County responds that the relevant portions of the information sought by Plaintiff have been provided, and that "the only information withheld is individuals' names and other personally identifiable information." (Doc. No. 136 at 2). Moreover, "[s]ome of the redacted information contains names of minors as well as personal information into investigations regarding

1

allegations of sexual abuse." (*Id.*) Indeed, Plaintiff fails to demonstrate why this additional information is relevant to his claims, or how the identities and personal information of particular complaintants has any bearing on any claims or defenses asserted in this case, especially given the sensitive nature of this information. As such, the Court finds that this information is not relevant and Plaintiff's Motion will be denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion (Doc. No. 135) is **DENIED**.

**SO ORDERED.**

Signed: June 16, 2015

Graham C. Mullen
United States District Judge