# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Mead**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00132-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Gaston County<br>Calvin Shaw<br>Reginald Bloom<br>William Sampson**,**<br>Defendant(s). | )<br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2017 Order.

May 16, 2017

_____
Frank G. Johns, Clerk
United States District Court